Ricardo Ivan PALOS–MARQUEZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 11–73799.

United States Court of Appeals, Ninth Circuit.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Edward R. Korman, Senior District Judge for the U.S. District Court for the Eastern District of New York, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Submitted March 6, 2015.*

Filed March 10, 2015.

Mariana Lotfy Hanna, Law Offices of Mariana L. Hanna, San Diego, CA, for Petitioner.

Keith Ian Mcmanus, Senior Litigation Counsel, OIL, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: REINHARDT, N.R. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Ricardo Palos–Marquez petitions for review of a decision by the Board of Immigration Appeals that he is removable because his conviction under 8 U.S.C. § 1324(a)(1)(A)(ii) for knowingly transporting undocumented persons is an aggravated felony under 8 U.S.C. § 1101(a)(43)(N). We dismiss the petition.

1.   The phrase "relating to alien smuggling" in 8 U.S.C. § 1101(a)(43)(N) is descriptive, rather than limiting, and offenses listed in that provision are categorically aggravated felonies, except for certain first-time offenses involving family members. See Castro–Espinosa v. Ashcroft, 257 F.3d 1130, 1131–32 & n. 2 (9th Cir. 2001); United States v. Galindo–Gallegos, 244 F.3d 728, 733–34 (9th Cir.), amended on other grounds by 255 F.3d 1154 (9th

Cir.2001).   Section 1324(a)(1)(A)(ii) is listed in § 1101(a)(43)(N).   Palos–Marquez's conviction was not for a first-time offense involving a family member, and he therefore was convicted of an aggravated felony.

2.   Because Palos–Marquez was convicted of an aggravated felony, we lack jurisdiction over this petition for review.  8 U.S.C. §§ 1227(a)(2)(A)(ii), 1252(a)(2)(C); see Castro–Espinosa, 257 F.3d at 1132.

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

